**Order issued July 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-14-00447-CR
No. 05-14-00448-CR
No. 05-14-00449-CR
No. 05-14-00450-CR
No. 05-14-00451-CR

---

**CHASON MATTHEW ODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the February 20, 2015 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Chason Matthew Oden, TDCJ No. 1926258, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE